UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES E. BRAMLETT,

    Plaintiff,

  v.

MARYLIN LIGGET and LT. HAROLD SCHULER,

    Defendants.

Case No. 13-cv-1282-JPG-PMF

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 18) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss Counts 1 and 2 of the Amended Complaint with prejudice and allow Count 3 to proceed.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 18);

- **DISMISSES** Counts 1 and 2 of the Amended Complaint (substantially similar to Count 5 of the original complaint, a claim against defendant Liggett for violation of the First and Eighth Amendments because she failed to mail a package or charged the plaintiff for postage for an undelivered package) **with prejudice**;

- **ORDERS** that Count 3 (against defendants Ligget and Schuler for retaliation in violation

of the First Amendment because they refused to send out the plaintiff's legal mail after he filed a lawsuit against other prison employees) shall be allowed to proceed; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

The Court further **DIRECTS** The Clerk of Court to prepare for Defendant SCHULER (1) Form 5 (Notice of a Lawsuit and Request to Waive Service of a Summons), and (2) Form 6 (Waiver of Service of Summons). The Clerk is **DIRECTED** to mail these forms, a copy of the Amended Complaint (Doc. 17), the Court's original Memorandum and Order reviewing the original Complaint (Doc. 1), Magistrate Judge Frazier's Report (Doc. 18), and this Memorandum and Order to Defendant's place of employment as identified by Plaintiff. If Defendant fails to sign and return the Waiver of Service of Summons (Form 6) to the Clerk within 30 days from the date the forms were sent, the Clerk shall take appropriate steps to effect formal service on Defendant, and the Court will require Defendant to pay the full costs of formal service, to the extent authorized by the Federal Rules of Civil Procedure.

If the Defendant cannot be found at the address provided by Plaintiff, the employer shall furnish the Clerk with the Defendant's current work address, or, if not known, the Defendant's last-known address. This information shall be used only for sending the forms as directed above or for formally effecting service. Any documentation of the address shall be retained only by the Clerk. Address information shall not be maintained in the court file, nor disclosed by the Clerk. Plaintiff shall serve upon Defendant (or upon defense counsel once an appearance is entered), a copy of every further pleading or other document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed a certificate stating the date on which a true and correct copy of any document was served on Defendant or counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a

certificate of service will be disregarded by the Court.

Defendant is **ORDERED** to timely file an appropriate responsive pleading to the complaint and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

**IT IS SO ORDERED.**
**DATED:   May 28, 2014**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**